

## W. T. PERRITT, Tutor, Plaintiff-Appellant, v. CITY OF WEST MONROE, Defendant-Appellee.

No. 5844.

Court of Appeal of Louisiana.
Second Circuit.

Jan. 10, 1939.

Rehearing Denied Feb. 6, 1939.

Writ of Certiorari and Review Denied
April 3, 1939.

McBride & Goff, of Ruston, for appellant.

Hudson, Potts, Bernstein & Snellings, of Monroe, and W. Decker Moore, of West Monroe, for appellee.

TALIAFERRO, Judge.

This case grew out of the same accident involved in the suit on the docket of this court, decided today, styled Harry P. Clinton, Tutor, v. City of West Monroe, 187 So. 561, and for the reasons therein assigned, the judgment herein appealed from is affirmed at plaintiff's cost.

C. B. McClung, of Natchitoches, for appellant.

J. D. Rusca, of Natchitoches, for appellee.

HAMITER, Judge.

No appearance whatever has been made in this cause by appellant in behalf of his perfected appeal, and by reason of such, a conclusive presumption exists that it has been abandoned.

Accordingly, the appeal is dismissed at appellant's cost.

## FORD v. COHEN.

No. 5898.

Court of Appeal of Louisiana.
Second Circuit.

March 31, 1939.